[No. 61856-3-I.   Division One.   March 30, 2009.]

LUC MARTINI, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-23404-9, Deborah D. Fleck, J., entered June 9, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Appelwick, JJ.

[No. 61925-0-I.   Division One.   March 30, 2009.]

JOSEPHINE ANNE JOHNSON, *Appellant*, v. UBAR, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-25167-7, Nicole MacInnes, J., entered June 6, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Leach, JJ. Now published at 150 Wn. App. 533.

[No. 61959-4-I.   Division One.   March 30, 2009.]

JUDY SIEVERT ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-39916-1, Palmer Robinson, J., entered June 25, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Lau and Leach, JJ.

[No. 61968-3-I.   Division One.   March 30, 2009.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. BRYON BOYERSMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-38634-3, Andrea A. Darvas, J., entered June 20, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.